UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA HICKS,

      Plaintiff,                                      Case No. 21-cv-12512

                                             Hon. Matthew F. Leitman

v.

LAKEVIEW PUBLIC SCHOOLS,

      Defendant.

_____/

**ORDER DENYING (1) PLAINTIFF REBECCA HICKS' MOTION FOR
PARTIAL SUMMARY JUDGMENT (ECF No. 37) AND (2) DEFENDANT
LAKEVIEW PUBLIC SCHOOLS' MOTION FOR SUMMARY
JUDGMENT (ECF No. 38)**

On October 4, 2023, the Court held a hearing on the following motions: (1)

Plaintiff Rebecca Hicks' Motion for Partial Summary Judgment (ECF No. 37) and

(2) Defendant Lakeview Public Schools' Motion for Summary Judgment (ECF No.

38).  For the reasons stated on the record, both motions are DENIED.

      **IT IS SO ORDERED**.,

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 4, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126